# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Earl L. Ward, | Case No. 24-cv-03845 (LMP/TNL) |
| Petitioner, | |
| v. | **ORDER** |
| Jodi Harpstead, Commissioner of Minn. Dept. of Human Services; Nancy Johnston, CEO of MSOP; and Terry Kneisel, MSOP-Moose Lake Facility Director, | |
| Respondents. | |

Petitioner Earl L. Ward has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Contemporaneously, he filed a Motion for Leave to Amend Complaint, [ECF No. 4], and an application to proceed *in forma pauperis* ("IFP"), [ECF No. 2]. This matter is currently before the Court on Ward's Motion for Leave to Amend the Complaint. [ECF No. 4].

Although Mr. Ward requests leave to amend his complaint, he has filed a petition for habeas corpus relief. [ECF No. 1]. Labels aside, Ward requests leave to amend on the grounds that he filed the Petition in an effort to comply with 28 U.S.C. § 2244's 1-year limitations period but there are additional claims or arguments he would like to raise in this habeas litigation. [ECF No. 4].

1

Generally, by operation of law, a party may amend his petition once without leave of the court. *See* Fed. R. Civ. P. 15(a). Nevertheless, to be clear that Ward may amend his petition, Ward's Motion for Leave to Amend Complaint, [ECF No. 4], is hereby **GRANTED**. Ward must submit his complete amended petition containing all the claims he would like this Court to consider within 14-days of the date of this Order, failing which his original Petition, [ECF No. 1], shall be subject to review pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

IT IS SO ORDERED.

Dated: October 21, 2024         *s/Tony N. Leung*
                                _____
                                Tony N. Leung
                                United States Magistrate Judge

                                *Ward v. Harpstead, et al.*
                                Case No. 24-CV-03845 (LMP/TNL)