UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Earl L. Ward, | Case No. 24-cv-03845 (LMP/TNL) |
| Petitioner, | |
| v. | **ORDER** |
| Jodi Harpstead, Commissioner of Minn. Dept. of Human Services; Nancy Johnston, CEO of MSOP; and Terry Kneisel, MSOP-Moose Lake Facility Director, | |
| Respondents. | |

Petitioner Earl L. Ward has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. [ECF No. 1]. This Court previously granted Ward's Motion to Amend the Petition, ordering him to submit an amended petition within 14 days of the date of that Order, or by November 4, 2024, failing which his original petition would be subject to review pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. [ECF No. 7]. Since that time, Ward has filed a Notice with the Court saying that he did not receive the Court's Order until November 13, 2024. [ECF No. 10].

Considering these circumstances, this Court hereby **EXTENDS** Ward's deadline for filing an amended petition until **21-days of the date of this Order**. Should Ward fail to submit his amended petition by that deadline, his original Petition, [ECF No. 1], shall be

1

subject to review pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

IT IS SO ORDERED.

Dated: November 26, 2024          *s/Tony N. Leung*

                                              Tony N. Leung
                                              United States Magistrate Judge

                                              *Ward v. Harpstead, et al.*
                                              Case No. 24-CV-03845 (LMP/TNL)